```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

AYANO OKUHIRA,                           24-cv-2950 (JGK)

            Plaintiff,             ORDER

    - against -

UNITED STATES OF AMERICA, ET AL.,

            Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by July 23, 2024.

SO ORDERED.

Dated:    New York, New York
            July 9, 2024

                                          _____
                                              John G. Koeltl
                                        United States District Judge