UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AYANO OKUHIRA,
                              Plaintiff(s)

                                                            24 civ 2950 (JGK)

            -against-

UNITED STATES OF AMERICA,
                              Defendant(s).
------------------------------------------------------------X

## ORDER

The conference scheduled for Wednesday, September 11, 2024, at 12:00pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          September 4, 2024