**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Ayano Okuhira

                **Plaintiff,**

      **-against-**

United States of America,

                **Defendant.**

**1:24-cv-02950 (JGK) (SDA)**

**ORDER ADJOURNING**
**SETTLEMENT CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

The settlement conference currently scheduled for Thursday, July 9, at 2:00 p.m. is adjourned to Tuesday, September 29, at 10:00 a.m. The conference shall proceed via Microsoft Teams.

The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Tuesday, September 22, 2026).

**SO ORDERED.**

Dated:   New York, New York
        June 26, 2026

_____
STEWART D. AARON
United States Magistrate Judge